

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Catherine E Albertini, Wife; Gregory E Albertini, Sr., Husband

**Plaintiff,**

V.

San Diego County Sheriff Department et al

**Defendant.**

FILED
2/21/2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

Civil No. 24-cv-284-JES-SBC

**STRICKEN DOCUMENT:**

Order To Show Cause

**Per Order #    4**

3