

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Catherine E Albertini, Wife; Gregory E
Albertini, Sr., Husband

**Plaintiff,**

**V.**

San Diego County Sheriff Department
et al

**Defendant.**

FILED

2/21/2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                     M. Quinata  , Deputy

**Civil No.**  24-cv-284-JES-SBC

**STRICKEN DOCUMENT:**

Amended Order To Show Cause

**Per Order # 9**

4